# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

SOLARPARK KOREA CO., LTD.,

Plaintiff

v.

THE SOLARIA CORPORATION,
COMPLETE SOLARIA, INC., and
DOES 1 THROUGH 10,

Defendants.

CASE NO. 3:23-cv-01181-AMO

**JOINT [~~PROPOSED~~] SEALING ORDER**

There are seven pending administrative motions to seal in this case, most of them related to the two substantive motions addressed at the hearing on July 11, 2023.  Pursuant to Civil Local Rules 79-5(c)(3), 79-5(f) and 7-11, and after consideration of (1) Defendants The Solaria Corporation and Complete Solaria, Inc.'s ("Defendants") Administrative Motion to Consider Whether Another Party's Material Should be Sealed relating to Defendants' Motion for Extension of Time to Answer or Otherwise Respond to the Complaint (**Dkt. No. 23**); (2) Plaintiff SolarPark Korea Co., Ltd.'s ("SolarPark") Administrative Motion to File Under Seal SolarPark's Notice of Motion and Motion For A Preliminary Injunction, Declaration in Support of the Motion for Preliminary Injunction, and Identification of Trade Secrets (**Dkt. No. 27**); (3) Defendants' Administrative Motion to File Under Seal and Consider Whether Another Party's Material Should be Sealed relating to Solaria's Opposition to SolarPark's Motion for a Preliminary Injunction (**Dkt. No. 34**); (4) SolarPark's Administrative Motion to File Under Seal and Consider Whether Another Party's Material Should be Sealed relating to SolarPark's Reply in Support of its Notice of Motion and Motion for Preliminary Injunction (**Dkt. No. 40**); (5) Defendants' Administrative Motion to File Under Seal and Consider Whether Another Party's Material Should be Sealed relating to Defendants' Partial Motion to Dismiss and Motion

1

to Stay (**Dkt. No. 31**); (6) SolarPark's Administrative Motion to File Under Seal and Consider Whether Another Party's Material Should be Sealed Relating to SolarPark's Opposition to Defendants' Partial Motion to Dismiss and Motion to Stay (**Dkt No. 37**); and (7) Defendants' Administrative Motion to Consider Whether Another Party's Material Should be Sealed relating to Defendants' Reply in Support of Its Partial Motion to Dismiss and Motion to Stay (**Dkt. No. 47**) and the supporting documents submitted concurrently with the foregoing motions to seal, the Court rules as indicated in the table below.

**A.      Legal Standard**

Pursuant to Civil Local Rule 79-5, the party seeking to file a document or portions of it under seal must explain "(i) the legitimate private or public interests that warrant sealing; (ii) the injury that will result if sealing is denied; and (iii) why a less restrictive alternative to sealing is not sufficient." Civil L.R. 79-5(c)(1). The request must be "narrowly tailored to seal only the sealable material." *Id.* at 79-5(c)(3).

A party seeking to seal records must provide "compelling reasons" to overcome the "strong presumption in favor of access." *Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006); *see Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016). The standard derives from the "common law right 'to inspect and copy public records and documents, including judicial records and documents.'" *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010) (quoting *Kamakana*, 447 F.3d at 1178). To overcome this strong presumption, the party seeking to seal judicial records must "articulate compelling reasons supported by specific factual findings . . . that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process." *Kamakana*, 447 F.3d at 1178-79 (citations omitted). The party must make a "particularized showing" that "specific prejudice or harm will result" if the information is disclosed. *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002)

It is in the "sound discretion of the trial court" to determine what constitutes a "compelling reason" for sealing a court document. *Ctr. for Auto Safety*, 809 F.3d at 1097

(quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 599 (1978)).  Compelling reasons justifying sealing court records generally exist when such "court files might . . . become a vehicle for improper purposes" such as "releas[ing] trade secrets," *Kamakana*, 447 F.3d at 1179, or "as sources of business information that might harm a litigant's competitive standing," *Ctr. for Auto Safety*, 809 F.3d at 1097; *see In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008) (sealing trade secret information about "the pricing terms, royalty rates, and guaranteed minimum payment terms" in the parties' licensing agreement).  Additionally, there may be compelling reasons for sealing documents referring to arbitration proceedings where the parties are bound by arbitral confidentiality rules.  *See, e.g.*, *Serenium, Inc. v. Zhou*, No. 20-CV-02132-BLF, 2020 WL 6270928, at *1 (N.D. Cal. Oct. 26, 2020) (finding that sealing was warranted where the parties were bound by the confidentiality rules of the Beijing Arbitration Commission).

**B.    Rulings**

Many of the materials and redactions for which these parties seek sealing constitute trade secrets or sources of business information that might harm the litigants' competitive standing. *Kamakana*, 447 F.3d at 1179; *Ctr. for Auto Safety*, 809 F.3d at 1097.  The Court correspondingly notes "trade secret" or "confidential business information" where appropriate to support sealing in the chart below.

Other portions of the materials which the parties seek sealing constitute confidential information protected by arbitration rules.  *See Zhou*, 2020 WL 6270928, at *1.  The parties here are bound by the rules of the Singapore International Arbitration Centre (SIAC), which require that all proceedings be kept confidential.  *See* ECF 33 at 3.  Specifically, SIAC Rule 39.1 provides that "[u]nless otherwise agreed by the parties, a party . . . shall at all times treat all matters relating to the proceedings and the Award as confidential."  *Id.*  SIAC Rule 39.3 further clarifies that "matters relating to proceedings" includes "the existence of the proceedings, and the pleadings, evidence and other materials in the arbitral proceedings," but excludes matters that are "otherwise in the public domain."  *Id.*  The Court notes "arbitration material" where appropriate to support sealing in the chart below.

The Court makes the following rulings regarding the materials requested to be sealed:

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| Motion for Extension of Time to Answer or Otherwise Respond to the Complaint ("Extension Motion") (Dkt. No. 22) at p. 2, lines 10-11 | None. | | **DENIED.** |
| Extension Motion at p. 2, line 14 | None. | | **DENIED.** |
| Extension Motion at p. 3, lines 2-4 | None. | | **DENIED.** |
| Extension Motion at p. 3, lines 16-17 | None. | | **DENIED.** |
| Extension Motion at p. 3, lines 22-23 | None. | | **DENIED.** |
| Extension Motion at p. 3, line 25 | None. | | **DENIED.** |
| Extension Motion at p. 4, lines 21-22 | None. | | **DENIED.** |
| Extension Motion at p. 4, lines 25-27 | None. | | **DENIED.** |
| Extension Motion at p. 5, line 1 | None. | | **DENIED.** |
| Extension Motion at p. 5, lines 18-19 | None. | | **DENIED.** |
| Declaration of Jamie L. Lucia in Support of Solaria's Extension Motion ("Lucia Extension Decl.") (Dkt. No. 22-1) at p. 2, line 14 | None. | | **DENIED.** |
| Lucia Extension Decl. at p. 2, lines 18-19 | None. | | **DENIED.** |
| Lucia Extension Decl. at p. 2, lines 21-23 | None. | | **DENIED.** |
| Lucia Extension Decl. at p. 3, line 9 | None. | | **DENIED.** |
| Lucia Extension Decl. at p. 3, lines 14-19 | None. | | **DENIED.** |

[~~PROPOSED~~] ORDER

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| Lucia Extension Decl. at p. 3, line 25 to p. 4, line 2 | None. | | **DENIED.** |
| Lucia Extension Decl. at p. 4, lines 5-6 | None. | | **DENIED.** |
| Exhibit 1 to the Lucia Extension Decl. (Dkt. No. 22-2) at p. 2 | None. | | **DENIED.** |
| Exhibit 1 to the Lucia Extension Decl. at p. 3 | None. | | **DENIED.** |
| Exhibit 1 to the Lucia Extension Decl. at p. 9 | None. | | **DENIED.** |
| Exhibit 1 to the Lucia Extension Decl. at p. 10 | None. | | **DENIED.** |
| Exhibit 1 to the Lucia Extension Decl. at p. 11 | None. | | **DENIED.** |
| Exhibit 1 to the Lucia Extension Decl. at p. 12 | None. | | **DENIED.** |
| Exhibit 2 to the Lucia Extension Decl. (Dkt. No. 22-3) | Kim Decl. (Dkt. No. 29), ¶¶ 4-7. | | **GRANTED.** Confidential business information. |
| Exhibit 3 to the Lucia Extension Decl. (Dkt. No. 22-4) | Kim Decl. (Dkt. No. 29), ¶¶ 4-7. | | **GRANTED.** Confidential business information. |
| SolarPark's Notice of Motion and Motion For A Preliminary Injunction ("PI Motion") (Dkt. No. 28) at p. 6, lines 6-8 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| PI Motion at p. 6, lines 16-20 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35.<br><br>For information on line 20, *see also* Dkt. 39, p. 2, line 15 and Dkt. No. 35, p. 2, line 23 (SolarPark stating there is "No Basis" to seal similar information in Solaria's PI Opposition). | **GRANTED.** Trade secret, objection overruled. |
| PI Motion at p. 6, lines 22-23 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| PI Motion at p. 6, lines 25-26 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. Nos. 35. | **GRANTED.** Trade secret, objection overruled. |
| PI Motion at p. 6, lines 27-28 to p. 7, line 1 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| PI Motion at p. 7, lines 2-4 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| PI Motion at p. 7, lines 6-7 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| PI Motion at p. 7, line 13 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| PI Motion at p. 7, lines 15-16 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| PI Motion at p. 7, line 18 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines | **GRANTED.** Trade secret, objection overruled. |

Case No. 3:23-cv-01181-AMO

[PROPOSED] ORDER

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| | | 17-19 and p. 4, lines 7-8; Dkt. No. 35. | |
| PI Motion at p. 7, line 19 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| PI Motion at p. 7, lines 26-27 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| PI Motion at p. 8, lines 2-3 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| PI Motion at p. 8, line 12 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| PI Motion at p. 12, lines 2-4 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See,* | **GRANTED.** Trade secret, objection overruled. |

[PROPOSED] ORDER

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| | | *e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | |
| PI Motion at p. 12, lines 9-10 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| PI Motion at p. 12, line 11 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| PI Motion at p. 14, line 22 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Park Declaration ISO PI Motion (Dkt. No. 28-1) at p. 6, lines 1-2 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Park Declaration ISO PI Motion at p. 6, lines 5-6 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be | **GRANTED.** Trade secret, objection overruled. |

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| | | maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | |
| Park Declaration ISO PI Motion at p. 6, lines 7-8 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35.<br><br>For information on line 8, *see also* Dkt. 39, p. 2, line 15 and Dkt. No. 35, p. 2, line 23 (SolarPark stating there is "No Basis" to seal similar information in Solaria's PI Opposition). | **GRANTED.** Trade secret, objection overruled. |
| Park Declaration ISO PI Motion at p. 6, lines 11-12 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35 | **GRANTED.** Trade secret, objection overruled. |
| Park Declaration ISO PI Motion at p. 6, lines 13-15 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35.<br><br>*See also* Dkt. 39, p. 2, line 15 and Dkt. No. 35, p. 2, lines 18-19 (SolarPark stating there is "No Basis" | **GRANTED.** Trade secret, objection overruled. |

[PROPOSED] ORDER

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| | | to seal similar information in Solaria's PI Opposition). | |
| Park Declaration ISO PI Motion at p. 6, lines 18-21 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.,* Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Park Declaration ISO PI Motion at p. 6, lines 23-25 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.,* Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Park Declaration ISO PI Motion at p. 6, line 28 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.,* Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Park Declaration ISO PI Motion at p. 7, line 1 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.,* Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Park Declaration ISO PI Motion at p. 7, lines 9-10 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See,* | **GRANTED.** Trade secret, objection overruled. |

[~~PROPOSED~~] ORDER

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| | | *e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | |
| Park Declaration ISO PI Motion at p. 7, line 12 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See*, *e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Park Declaration ISO PI Motion at p. 7, lines 19-21 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See*, *e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Park Declaration ISO PI Motion at p. 7, line 27 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See*, *e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Park Declaration ISO PI Motion at p. 8, lines 2-3 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See*, *e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Park Declaration ISO PI Motion at p. 8, line 13 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be | **GRANTED.** Trade secret, objection overruled. |

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| | | maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | |
| Exhibit D to Park Declaration ISO PI Motion (Dkt. No. 28-5) at p. 2, lines 5-7 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Exhibit D to Park Declaration ISO PI Motion at p. 2, lines 8-10 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Exhibit D to Park Declaration ISO PI Motion at p. 2, lines 11-13 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35.<br><br>For information on line 13, *see also* Dkt. 39, p. 2, line 15 and Dkt. No. 35, p. 2, line 23 (SolarPark stating there is "No Basis" to seal similar information in Solaria's PI Opposition). | **GRANTED.** Trade secret, objection overruled. |
| Exhibit D to Park Declaration ISO PI Motion at p. 2, lines 14-15 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be | **GRANTED.** Trade secret, objection overruled. |

Case No. 3:23-cv-01181-AMO

[~~PROPOSED~~] ORDER

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| | | maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | |
| Exhibit D to Park Declaration ISO PI Motion at p. 2, lines 16-17 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Exhibit D to Park Declaration ISO PI Motion at p. 2, lines 19-21 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Exhibit D to Park Declaration ISO PI Motion at p. 2, lines 22-23 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Exhibit D to Park Declaration ISO PI Motion at p. 2, lines 25-27 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |

Case No. 3:23-cv-01181-AMO

[~~PROPOSED~~] ORDER

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| Exhibit D to Park Declaration ISO PI Motion at p. 3, lines 1-2 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See*, *e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Exhibit D to Park Declaration ISO PI Motion at p. 3, lines 3-4 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See*, *e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Exhibit D to Park Declaration ISO PI Motion at p. 3, lines 5-6 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See*, *e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Exhibit D to Park Declaration ISO PI Motion at p. 3, lines 7-8 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See*, *e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Exhibit D to Park Declaration ISO PI Motion at p. 3, lines 9-10 | Park Sealing Decl. (Dkt. No. 27-1), ¶¶ 3-4; Kim Decl. (Dkt. No. 27-2), ¶ 3. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See*, *e.g.*, Dkt. No. 34, p. 1, lines | **GRANTED.** Trade secret, objection overruled. |

Case No. 3:23-cv-01181-AMO

[PROPOSED] ORDER

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| | | 17-19 and p. 4, lines 7-8; Dkt. No. 35. | |
| Solaria's Opposition to SolarPark's Motion for a Preliminary Injunction ("PI Opposition") (Dkt. No. 35) at p. 1, lines 4-5 | None. | | **DENIED.** |
| PI Opposition at p. 2, lines 2-6, 8-10, 18-26 | None. | | **DENIED.** |
| PI Opposition at p. 3, lines 3, 18-21, 23 | None. | | **DENIED.** |
| PI Opposition at p. 4, lines 12-15, 17-28 | Kim Decl. (Dkt. No. 39), ¶¶ 3-4, 7-8. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35.<br><br>For information on line 17, *see also* Dkt. No. 39, p. 2, line 15 and Dkt. No. 35, p. 2, line 23 (SolarPark stating there is "No Basis" to seal similar information in Solaria's PI Opposition). | **DENIED.** |
| PI Opposition at p. 4, lines 2-4, 6-8, 9-12 | None. | | **DENIED.** |
| PI Opposition at p. 5, lines 15-16, 19-20, 26-28 | Kim Decl. (Dkt. No. 39), ¶¶ 3, 6-8. | | **GRANTED.** Confidential business information |
| PI Opposition at p. 5, lines 1-9 | None. | | **DENIED.** |
| PI Opposition at p. 6, line 1 | Kim Decl. (Dkt. No. 39), ¶¶ 3, 6-8. | | **GRANTED.** Confidential business information |

[~~PROPOSED~~] ORDER

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| PI Opposition at p. 7, lines 15-16 | Kim Decl. (Dkt. No. 39), ¶¶ 3, 5-8. | Solaria objects on the basis that SolarPark has made this information public. *See, e.g.*, Dkt. No. 28, p. 9, line 28, through p. 10, line 1. | **DENIED.** Objection sustained. |
| PI Opposition at p. 7, lines 16-28 | Kim Decl. (Dkt. No. 39), ¶¶ 3, 5-8. | | **GRANTED.** Confidential business information. |
| PI Opposition at p. 8, lines 4-5 | Kim Decl. (Dkt. No. 39), ¶¶ 3, 5, 7-8. | | **GRANTED.** Confidential business information. |
| PI Opposition at p. 8, lines 5-6 | Lucia Sealing Decl. (Dkt. No. 34-1), ¶¶ 3-6. | | **GRANTED.** Confidential business information. |
| PI Opposition at p. 8, lines 8-11 | Lucia Sealing Decl. (Dkt. No. 34-1), ¶¶ 3-6. | | **GRANTED.** Confidential business information. |
| PI Opposition at p. 8, line 11 | Lucia Sealing Decl. (Dkt. No. 34-1), ¶¶ 3-6. | | **GRANTED.** Confidential business information. |
| PI Opposition at p. 9, line 18 | Kim Decl. (Dkt. No. 39), ¶¶ 3, 6-8. | | **GRANTED.** Confidential business information. |
| PI Opposition at p. 11, lines 26-28 | None. | | **DENIED.** |
| PI Opposition at p. 12, lines 15-16, 27-28 | Kim Decl. (Dkt. No. 39), ¶¶ 3-4, 7-8. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| PI Opposition at p. 12, lines 1-2, 11-15, 19 | None. | | **DENIED.** |

[~~PROPOSED~~] ORDER

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| PI Opposition at p. 13, lines 1-2, 4-6, 8-10, 13, 15, 17-18, 20-21, 23-28 | Kim Decl. (Dkt. No. 39), ¶¶ 3-4, 7-8. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35.<br><br>For information on line 10, *see also* Dkt. 39, p. 2, line 15 and Dkt. No. 35, p. 2, line 23 (SolarPark stating there is "No Basis" to seal similar information in Solaria's PI Opposition). | **GRANTED.** Trade secret, objection overruled. |
| PI Opposition at p. 14, lines 2-4, 6, 11-15, 18-19, 21-22, 25-26 | Kim Decl. (Dkt. No. 39), ¶¶ 3-4, 7-8. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35.<br><br>For information on line 12, *see also* Dkt. 39, p. 2, line 16 and Dkt. No. 35, p. 3, lines 20-21 (SolarPark stating there is "No Basis" to seal similar information in Solaria's PI Opposition). | **GRANTED.** Trade secret, objection overruled. |
| PI Opposition at p. 15, lines 4-5, 11, 14, 15, 17-18 | Kim Decl. (Dkt. No. 39), ¶¶ 3-4, 7-8. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |

[~~PROPOSED~~] ORDER

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| | | For the information on lines 11-15, *see also* Dkt. No. 39, p. 3, line 13 and Dkt. No. 35-15 (SolarPark stating there is "No Basis" to seal similar information in Kevin Gibson's Declaration ISO the PI Opposition at page 7, ¶, 21). | |
| PI Opposition at p. 16, lines 9-13, 24-25 | Kim Decl. (Dkt. No. 39), ¶¶ 3, 6-8. | | **GRANTED.** Confidential business information. |
| PI Opposition at p. 19, line 20 | Kim Decl. (Dkt. No. 39), ¶¶ 3, 5-8. | | **GRANTED.** Confidential business information. |
| PI Opposition at p. 18, line 28 through p. 19, line 2 | Lucia Sealing Decl. (Dkt. No. 34-1), ¶¶ 3-6. | | **GRANTED.** Confidential business information. |
| Vikas Desai's Declaration ISO the PI Opposition (Dkt. No. 35-17) at page 1, ¶ 3 | Kim Decl. (Dkt. No. 39), ¶¶ 3, 5-8. | | **GRANTED.** Confidential business information. |
| Vikas Desai's Declaration ISO the PI Opposition at page 1, line 22 through p. 2, line 2 | Lucia Sealing Decl. (Dkt. No. 34-1), ¶¶ 3-6. | | **GRANTED.** Confidential business information. |
| Suvi Sharma's Declaration ISO the PI Opposition at page 1, ¶¶ 4, 5, 6 | None. | | **DENIED.** |
| Suvi Sharma's Declaration ISO the PI Opposition (Dkt. No. 35-16) at page 2, ¶ 6 | None. | | **DENIED.** |
| Suvi Sharma's Declaration ISO the PI Opposition at page 2, ¶¶ 7, 8, 9 | Kim Decl. (Dkt. No. 39), ¶¶ 3, 6-8. | | **GRANTED.** Confidential business information. |

Case No. 3:23-cv-01181-AMO

[PROPOSED] ORDER

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| Kevin Gibson's Declaration ISO the PI Opposition at page 1, ¶ 4 | None. | | **DENIED.** |
| Kevin Gibson's Declaration ISO the PI Opposition (Dkt. No. 35-15) at page 2, ¶¶ 4, 5 | None. | | **DENIED.** |
| Kevin Gibson's Declaration ISO the PI Opposition at page 3, ¶ 8 | None. | | **DENIED.** |
| Kevin Gibson's Declaration ISO the PI Opposition at page 4, ¶¶ 11,12, 13 | None. | | **DENIED.** |
| Kevin Gibson's Declaration ISO the PI Opposition at page 5, ¶ 13 | None. | | **DENIED.** |
| Kevin Gibson's Declaration ISO the PI Opposition at page 5, ¶¶ 14, 15, 16 | Kim Decl. (Dkt. No. 39), ¶¶ 3-4, 7-8. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35.<br><br>For information on line 22, *see also* Dkt. 39, p. 2, line 15 and Dkt. No. 35, p. 2, line 23 (SolarPark stating there is "No Basis" to seal similar information in Solaria's PI Opposition). | **GRANTED.** Trade secret, objection overruled. |
| Kevin Gibson's Declaration ISO the PI Opposition at page 6, ¶¶ 16, 17, 18, 19 | Kim Decl. (Dkt. No. 39), ¶¶ 3-4, 7-8. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See,* | **GRANTED.** Trade secret, objection overruled. |

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| | | *e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | |
| Kevin Gibson's Declaration ISO the PI Opposition at page 7, ¶¶ 19, 22, 23 | Kim Decl. (Dkt. No. 39), ¶¶ 3-4, 7-8. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See*, *e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Kevin Gibson's Declaration ISO the PI Opposition at page 7, ¶¶ 20, 21 | None. | | **DENIED.** |
| Kevin Gibson's Declaration ISO the PI Opposition at page 8, ¶ 23 | Kim Decl. (Dkt. No. 39), ¶¶ 3-4, 6-8. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See*, *e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Kevin Gibson's Declaration ISO the PI Opposition at page 8, ¶ 25 | Kim Decl. (Dkt. No. 39), ¶¶ 3-4, 6-8. | | **GRANTED.** Confidential business information. |
| Kevin Gibson's Declaration ISO the PI Opposition at page 9, ¶¶ 27, 28, 29, 30 | Kim Decl. (Dkt. No. 39), ¶¶ 3, 6-8. | | **GRANTED.** Confidential business information. |
| Kevin Gibson's Declaration ISO the PI Opposition at page 9, ¶ 31 | None. | | **DENIED.** |
| Exhibit 5 to the PI Opposition (Dkt. No. 35-6) | Kim Decl. (Dkt. No. 39), ¶¶ 3-4, 6-8. | | **GRANTED.** Confidential business information. |

[PROPOSED] ORDER

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| SolarPark's Reply in Support of its Notice of Motion and Motion for Preliminary Injunction ("PI Reply") (Dkt. No. 41) at p. 2, lines 2-4 | Lucia Sealing Decl. (Dkt. No. 45), ¶¶ 4-8; *See also* Dkt. No. 34-1, ¶¶ 3-6. | | **GRANTED.** Confidential business information. |
| PI Reply at p. 3, lines 7-8 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| PI Reply at p. 3, lines 10-11 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| PI Reply at p. 3, lines 16-17 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| PI Reply at p. 3, lines 23-24 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| PI Reply at p. 3, line 28 to p. 4, lines 1-4 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | | **GRANTED.** Confidential business information. |
| PI Reply at p. 4, lines 7-8 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | | **GRANTED.** Confidential business information. |
| PI Reply at p. 4, lines 10-11 | Lucia Sealing Decl. (Dkt. No. 45), ¶¶ 4-8; *See also* Dkt. No. 34-1, ¶¶ 3-6. | | **GRANTED.** Confidential business information. |
| PI Reply at p. 4, lines 12-15 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4 | | **GRANTED.** Confidential business information. |
| PI Reply at p. 4, lines 16-17 | Lucia Sealing Decl. (Dkt. No. 45), ¶¶ 4-8; *See also* Dkt. No. 34-1, ¶¶ 3-6. | | **GRANTED.** Confidential business information. |
| PI Reply at p. 5, lines 18-19 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| PI Reply at p. 5, lines 19-20 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | | **GRANTED.** Confidential business information. |
| PI Reply at p. 6, lines 20-21 | Park Sealing Decl. (Dkt. No. | Solaria objects on the basis that the material requested | **GRANTED.** Trade secret, |

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| | 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | objection overruled. |
| PI Reply at p. 6, line 23 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| PI Reply at p. 7, lines 7-9 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| PI Reply at p. 7, lines 16-20 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| PI Reply at p. 7, lines 26-27 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| PI Reply at p. 8, lines 3-6 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See*, *e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| PI Reply at p. 8, lines 15-16 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | | **DENIED.** Not confidential. |
| PI Reply at p. 9, lines 1-2 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See*, *e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| PI Reply at p. 9, lines 10-11 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See*, *e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| PI Reply at p. 9, lines 14-15 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See*, *e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **DENIED.** Not confidential. |
| PI Reply at p. 10, lines 11-12 | Park Sealing Decl. (Dkt. No. | | **GRANTED.** Confidential |

[PROPOSED] ORDER

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| | 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | | business information. |
| PI Reply at p. 10, lines 15-16 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | | **GRANTED.** Confidential business information. |
| PI Reply at p. 10, lines 25-26 | Lucia Sealing Decl. (Dkt. No. 45), ¶¶ 4-8; *See also* Dkt. No. 34-1, ¶¶ 3-6. | | **GRANTED.** Confidential business information. |
| PI Reply at p. 11, lines 12-16 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | | **GRANTED.** Confidential business information. |
| PI Reply at p. 11, lines 17-18 | Lucia Sealing Decl. (Dkt. No. 45), ¶¶ 4-8; *See also* Dkt. No. 34-1, ¶¶ 3-6. | | **GRANTED.** Confidential business information. |
| PI Reply at p. 12, lines 7-8 and 9 | Lucia Sealing Decl. (Dkt. No. 45), ¶¶ 4-8; *See also* Dkt. No. 34-1, ¶¶ 3-6. | | **GRANTED.** Confidential business information. |
| PI Reply at p. 13, line 10 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| PI Reply at p. 13, lines 19-21 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. | | **GRANTED.** Confidential business information. |

[~~PROPOSED~~] ORDER

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| | No. 40-1), ¶¶ 3-4. | | |
| PI Reply at p. 14, lines 11-12, 13, and 14 | Lucia Sealing Decl. (Dkt. No. 45), ¶¶ 4-8; *See also* Dkt. No. 34-1, ¶¶ 3-6. | | **GRANTED.** Confidential business information. |
| Park Declaration ISO PI Reply (Dkt. No. 41-1) at p. 4, lines 10-13 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Park Declaration ISO PI Reply at p. 4, line 14 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Park Declaration ISO PI Reply at p. 4, lines 16-17 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | | **GRANTED.** Confidential business information. |
| Park Declaration ISO PI Reply at p. 4, lines 19-20 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Park Declaration ISO PI Reply at p. 4, lines 20-22 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; | | **GRANTED.** Confidential |

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| | Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | | business information. |
| Park Declaration ISO PI Reply at p. 4, lines 23-25 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | | **GRANTED.** Confidential business information. |
| Park Declaration ISO PI Reply at p. 5, line 2 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Park Declaration ISO PI Reply at p. 5, lines 4-5 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Park Declaration ISO PI Reply at p. 5, lines 6-7 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Park Declaration ISO PI Reply at p. 5, lines 12-13 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines | **GRANTED.** Trade secret, objection overruled. |

[PROPOSED] ORDER

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| | | 17-19 and p. 4, lines 7-8; Dkt. No. 35. | |
| Park Declaration ISO PI Reply at p. 5, lines 18-19 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Park Declaration ISO PI Reply at p. 5, lines 20-21 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **DENIED.** Not confidential. |
| Park Declaration ISO PI Reply at p. 5, lines 22-24 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Park Declaration ISO PI Reply at p. 5, lines 25-27 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See, e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35. | **GRANTED.** Trade secret, objection overruled. |
| Park Declaration ISO PI Reply at p. 6, line 2 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that the material requested to be sealed does not relate to a protectable trade secret and does not need to be maintained under seal. *See,* | **DENIED.** Not confidential. |

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| | | *e.g.*, Dkt. No. 34, p. 1, lines 17-19 and p. 4, lines 7-8; Dkt. No. 35.<br><br>*See also* Dkt. No. 41, p. 8, lines 7-8 (SolarPark does not seek to seal similar information). | |
| Park Declaration ISO PI Reply at p. 6, lines 4-7 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | | **GRANTED.** Confidential business information. |
| Park Declaration ISO PI Reply at p. 6, lines 8-10 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | Solaria objects on the basis that SolarPark has made this information public. *See*, *e.g.*, Dkt. No. 28, p. 9, line 25, through p. 10, line 4. | **DENIED.** Not confidential. |
| Park Declaration ISO PI Reply at p. 6, lines 11-14 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | | **GRANTED.** Confidential business information. |
| Park Declaration ISO PI Reply at p. 6, line 15 and lines 15-17 | Lucia Sealing Decl. (Dkt. No. 45), ¶¶ 4-8. | | **GRANTED.** Confidential business information. |
| Park Declaration ISO PI Reply at p. 6, lines 18-19 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | | **GRANTED.** Confidential business information. |
| Park Declaration ISO PI Reply at p. 6, lines 19-21 | Lucia Sealing Decl. (Dkt. No. 45), ¶¶ 4-8. | | **GRANTED.** Confidential business information. |
| Park Declaration ISO PI Reply at p. 6, lines 22-27 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. | | **GRANTED.** Confidential business information. |

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| | No. 40-1), ¶¶ 3-4. | | |
| Park Declaration ISO PI Reply at p. 7, lines 1-11 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | | **GRANTED.** Confidential business information. |
| Park Declaration ISO PI Reply at p. 7, lines 13-15 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | | **GRANTED.** Confidential business information. |
| Park Declaration ISO PI Reply at p. 7, lines 17-18 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | | **GRANTED.** Confidential business information |
| Park Declaration ISO PI Reply at p. 7, line 20 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | | **GRANTED.** Confidential business information. |
| Park Declaration ISO PI Reply at p. 7, lines 23-24 | Lucia Sealing Decl. (Dkt. No. 45), ¶¶ 4-8. | | **GRANTED.** Confidential business information. |
| Park Declaration ISO PI Reply at p. 8, lines 8-10 | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | | **GRANTED.** Confidential business information. |
| Exhibit A to Park Declaration ISO PI Reply (Dkt. No. 41-2) | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | | **GRANTED.** Confidential business information. |

Case No. 3:23-cv-01181-AMO

[~~PROPOSED~~] ORDER

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| Exhibit B to Park Declaration ISO PI Reply (Dkt. No. 41-3) | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 4-5; Kim Decl. (Dkt. No. 40-1), ¶ 4. | | **GRANTED.** Confidential business information. |
| Exhibit C to Park Declaration ISO PI Reply P (Dkt. No. 41-4_ | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 3-5; Kim Decl. (Dkt. No. 40-1), ¶¶ 3-4. | | **GRANTED.** Confidential business information. |
| Exhibit D to Park Declaration ISO PI Reply (Dkt. No. 41-5) | Park Sealing Decl. (Dkt. No. 40-2), ¶¶ 4-5; Kim Decl. (Dkt. No. 40-1), ¶ 4. | | **GRANTED.** Confidential business information. |
| Defendants' Partial Motion to Dismiss and Motion to Stay ("MTD") (Dkt. No. 32) at p. 4, lines 17-19 | Lucia Sealing Decl. (Dkt. No. 31-1), ¶¶ 3-5. | | **GRANTED.** Arbitration confidentiality rules. |
| MTD at p. 4, line 22 to p. 5, line 1 | Kim Decl. (Dkt. No. 33), ¶¶ 3-6. | | **GRANTED.** Arbitration confidentiality rules. |
| MTD at p. 5, lines 1-2 | Kim Decl. (Dkt. No. 33), ¶¶ 3-6. | | **GRANTED.** Arbitration confidentiality rules. |
| MTD at p. 9, lines 26-27 | Kim Decl. (Dkt. No. 33), ¶¶ 3-6. | | **GRANTED.** Arbitration confidentiality rules. |
| MTD at p. 12, lines 9-12 | Kim Decl. (Dkt. No. 33), ¶¶ 3-6. | | **GRANTED.** Arbitration confidentiality rules. |
| MTD at p. 12, lines 13-19 | Kim Decl. (Dkt. No. 33), ¶¶ 3-6. | | **GRANTED.** Arbitration confidentiality rules. |
| MTD at p. 16, footnote 3, lines 26-27 | Kim Decl. (Dkt. No. 33), ¶¶ 3-6. | | **GRANTED.** Arbitration |

[~~PROPOSED~~] ORDER

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
|  |  |  | confidentiality rules. |
| Exhibit A to the Declaration of Jamie L. Lucia ISO MTD (Dkt. No. 32-2) | Lucia Sealing Decl. (Dkt. No. 31-1), ¶¶ 3-5. |  | **GRANTED.** Arbitration confidentiality rules. |
| Exhibit B to the Declaration of Jamie L. Lucia ISO MTD (Dkt. No. 32-3) | Kim Decl. (Dkt. No. 33), ¶¶ 3-6. |  | **GRANTED.** Arbitration confidentiality rules. |
| Exhibit C to the Declaration of Jamie L. Lucia ISO MTD (Dkt. No. 32-4) | Kim Decl. (Dkt. No. 33), ¶¶ 3-6; *see also* Dkt. No. 29. |  | **GRANTED.** Arbitration confidentiality rules. |
| SolarPark's Opposition to Defendants' Partial Motion to Dismiss and Motion to Stay ("MTD Opposition") (Dkt. No. 38) at p. 5, lines 17-18 and 18-20 | Lucia Sealing Decl. (Dkt. No. 46), ¶¶ 4-8; *See also* Dkt. No. 31-1, ¶¶ 2-5. |  | **GRANTED.** Arbitration confidentiality rules. |
| MTD Opposition at p. 5, lines 22-26 | Kim Decl. (Dkt. No. 37-1), ¶¶ 3-6; *see also* Dkt. No. 33, ¶¶ 4-7. |  | **GRANTED.** Arbitration confidentiality rules. |
| MTD Opposition at p. 5, line 28 to p. 6, line 1 | Kim Decl. (Dkt. No. 37-1), ¶¶ 3-6; *see also* Dkt. No. 33, ¶¶ 4-7. |  | **DENIED.** Not confidential as it is public. |
| MTD Opposition at p. 16, line 28 to p. 17, lines 1-2 | Kim Decl. (Dkt. No. 37-1), ¶¶ 3-6; *see also* Dkt. No. 33, ¶¶ 4-7. |  | **GRANTED**. Arbitration confidentiality rules. |
| MTD Opposition at p. 18, line 8 | Kim Decl. (Dkt. No. 37-1), ¶¶ 3-6; *see also* Dkt. No. 33, ¶¶ 4-7. |  | **DENIED**. Not confidential. |
| MTD Opposition at p. 20, line 11 | Kim Decl. (Dkt. No. 37-1), ¶¶ 3-6; *see also* Dkt. No. 33, ¶¶ 4-7. |  | **GRANTED.** Arbitration confidentiality rules. |
| MTD Opposition at p. 20, lines 12-13 | None. |  | **DENIED.** |

Case No. 3:23-cv-01181-AMO

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| MTD Opposition at p. 20, lines 13-14 | Kim Decl. (Dkt. No. 37-1), ¶¶ 3-6; *see also* Dkt. No. 33, ¶¶ 4-7. | | **GRANTED.** Arbitration confidentiality rules. |
| MTD Opposition at p. 20, lines 14-15 | Kim Decl. (Dkt. No. 37-1), ¶¶ 3-6; *see also* Dkt. No. 33, ¶¶ 4-7. | | **GRANTED.** Arbitration confidentiality rules. |
| MTD Opposition at p. 20, line 16 | Kim Decl. (Dkt. No. 37-1), ¶¶ 3-6; *see also* Dkt. No. 33, ¶¶ 4-7. | | **GRANTED.** Arbitration confidentiality rules. |
| MTD Opposition at p. 20, line 18 | Kim Decl. (Dkt. No. 37-1), ¶¶ 3-6; *see also* Dkt. No. 33, ¶¶ 4-7. | | **GRANTED.** Arbitration confidentiality rules. |
| MTD Opposition at p. 20, lines 23-24 to p. 21, line 1 | Kim Decl. (Dkt. No. 37-1), ¶¶ 3-6; *see also* Dkt. No. 33, ¶¶ 4-7. | | **GRANTED.** Arbitration confidentiality rules. |
| Defendants' Reply ISO its Partial Motion to Dismiss and Motion to Stay ("MTD Reply") (Dkt. No. 48) at p. 1, line 15 | Kim Decl. (Dkt. No. 49), ¶¶ 3-6; *see also* Dkt. 37-1, ¶¶ 3-5. | | **GRANTED.** Arbitration confidentiality rules. |
| MTD Reply at p. 1, line 16 | Kim Decl. (Dkt. No. 49), ¶¶ 3-6; *see also* Dkt. 37-1, ¶¶ 3-5. | | **GRANTED.** Arbitration confidentiality rules. |
| MTD Reply at p. 8, lines 14-17 | Kim Decl. (Dkt. No. 49), ¶¶ 3-6; *see also* Dkt. 37-1, ¶¶ 3-5. | | **GRANTED.** Arbitration confidentiality rules. |
| MTD Reply at p. 8, line 21 | Kim Decl. (Dkt. No. 49), ¶¶ 3-6; *see also* Dkt. 37-1, ¶¶ 3-5. | | **DENIED.** This material is already public. |
| MTD Reply at p. 8, line 22 | Kim Decl. (Dkt. No. 49), ¶¶ 3-6; *see also* Dkt. 37-1, ¶¶ 3-5. | | **GRANTED.** Arbitration confidentiality rules. |
| MTD Reply at p. 8, line 23 | Kim Decl. (Dkt. No. 49), ¶¶ 3-6; | | **GRANTED.** Arbitration |

[PROPOSED] ORDER

| Document or Portion of Document Sought to be Sealed | Evidence offered in Support of Sealing | Objections | Ruling |
|---|---|---|---|
| | *see also* Dkt. 37-1, ¶¶ 3-5. | | confidentiality rules. |

Documents filed under seal as to which the administrative motions are granted will remain under seal. *See* Civ. L. R. 79-5(g)(1).  The Court **DIRECTS** the parties to file public versions of all documents for which the proposed sealing has been denied within seven days from the date of this order.

**IT IS SO ORDERED.**

DATED: August 2, 2023

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

[~~PROPOSED~~] ORDER