COLBY B. SPRINGER (SBN 214868)
POLSINELLI LLP
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
Telephone: (415) 248-2100
Facsimile: (415) 248-2101
Email: cspringer@polsinelli.com

MELENIE VAN (SBN 335203)
POLSINELLI LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802
Email: mvan@polsinelli.com

Romaine Marshall (admitted *pro hac vice*)
Jose Abarca (admitted *pro hac vice*)
POLSINELLI PC
2825 E Cottonwood Parkway, Suite 500
Cottonwood Heights, UT 84121
Telephone: (801) 999-3550
Facsimile: (801) 999-3551
Email: rmarshall@polsinelli.com
Email: jabarca@polsinelli.com

Attorneys for Defendants
THE SOLARIA CORPORATION and
COMPLETE SOLARIA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOLARPARK KOREA CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>THE SOLARIA CORPORATION, and COMPLETE SOLARIA, INC.,<br><br>Defendants. | Case No.: 4:23-cv-01181-AMO<br><br>~~[PROPOSED]~~ **ORDER**<br><br>Judge: Hon. Susan van Keulen<br><br>Settlement Conference: September 23, 2026 |

**~~[PROPOSED]~~ ORDER**

The Joint Stipulation submitted by Defendants The Solaria Corporation and Complete Solaria, Inc. (collectively, the "Defendants" or "SunPower") and Plaintiff SolarPark Korea Co., Ltd. ("Plaintiff" or "SolarPark") (collectively, the "Parties") in the above-captioned matter came on before this Court.

This Court, having considered all papers and good cause appearing thereof, GRANTS the Parties' Joint Stipulation and HEREBY ORDERS as follows:

**1.** The deadline for the Parties to submit the joint settlement conference statement and their respective confidential addenda is extended to September 18, 2026;

**2.** Plaintiff's CEO, Hyunwoo Park, and lead counsel, Jinhee Kim, may appear remotely at the September 23, 2026 Settlement Conference; and

**3.** Defendants' counsel and client representative, John Paul Bergh, will appear in-person [or remotely] at the September 23, 2026 Settlement Conference.

**IT IS SO ORDERED.**

DATED: September 16, 2026

HONORABLE JUDGE SUSAN VAN KEULEN